1  BENJAMIN B. WAGNER
   United States Attorney
2  KEVIN P. ROONEY
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8                       IN THE UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,            | CASE NO. 1:12-CR-292   AWI

12 |                    Plaintiff,

13 |         v.                            | STIPULATION TO CONTINUE CHANGE OF
                                            PLEA AND ORDER
14 | MAYO MARTINEZ MURRILLO

15 |                    Defendant.

16

17     The parties to this action agree that the matter should be calendared before the Hon. Anthony W.

18 Ishii on May 13, 2013 at 10:00 a.m. for a change of plea.  For this defendant only, this change of plea

19 will supercede the previously scheduled status conference before the Hon. Barbara A. McAuliffe on

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

Stipulation to Continue                    1
Change of Plea

1  May 13, 2013 at 1:00 p.m.  For purposes of the Speedy Trial Act, time is already excluded through May
2  13, 2013.

4  Dated:   May 6, 2013                                    BENJAMIN B. WAGNER
                                                           United States Attorney

6                                                           /s/ Kevin P. Rooney
                                                           KEVIN P. ROONEY
7                                                          Assistant United States Attorney

9  Dated:   May 7, 2013                                     /s/  Katherine Hart
                                                           KATHERINE HART
10                                                         Attorney for Defendant, MAYO MARTINEZ
                                                           MURILLO

15  IT IS SO ORDERED.

16  Dated:   May 7, 2013                          _____
                                                   SENIOR  DISTRICT  JUDGE

Stipulation to Continue                2
Change of Plea